AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JUAN CARRILLO | ) | Case No:  2:22CR20008-001 |
| a/k/a "JUAN CATALINA" | ) | USM No:  97898-509 |
| Date of Original Judgment:        02/15/2023 | ) | |
| Date of Previous Amended Judgment: | ) | Mark J. Mobley |
| *(Use Date of Last Amended Judgment if Any)* | ) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     188                          months **is reduced to**     168                          .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     02/17/2023          shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  02/14/2024

_____
*Judge's signature*

The Honorable P.K. Holmes, III, U.S. District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*